UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABITA MYSTERY HOUSE, LLC**<br>**Plaintiff,**<br>**VERSUS**<br><br>**WILSHIRE INSURANCE COMPANY**<br>**Defendant.** | **CIVIL NO.**<br><br>**JUDGE:**<br><br>**MAGISTRATE:** |

### NOTICE FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Wilshire Insurance Company, which files this Notice for Removal pursuant to 28 U.S.C. § 1332 and 1441 to hereby remove this matter from state court to the docket of this Honorable Court and respectfully represents the following:

### BACKGROUND

**1.**

This action has been brought in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, entitled "*Abita Mystery House, LLC versus Wilshire Insurance Company,*" bearing Civil Action Number 2023-12827, Division F, with the Petition for Damages being filed on June 7, 2023. (See Petition for Damages, hereinafter sometimes referred to as the "Petition," and attached as part of Exhibit A.)

**2.**

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant in said action are attached hereto as Exhibit A.

**3.**

This action is a civil action brought by Plaintiff, Abita Mystery House, LLC, seeking to recover damages as alleged in Plaintiff's Petition (attached hereto as part of Exhibit A).

**4.**

Receipt of notice of the suit was received by Defendant, Wilshire Insurance Company, via service of process on the Louisiana Secretary of State on or about June 20, 2023; therefore, removal is timely under 28 U.S.C. § 1446(B)(1)-(3).

**BASIS OF REMOVAL**

**5.**

The grounds for removal are diversity of citizenship under 28 U.S.C. § 1332 and 28 U.S.C. § 1441—the Defendant is completely diverse from the Plaintiff and the amount in controversy exceeds $75,000.00, in light of the damages alleged in Plaintiff's Petition.

**6.**

Plaintiff is a citizen of the State of Louisiana. On information and belief, John Preble is the member, manager of Abita Mystery House, LLC, and John Preble is a citizen of the State of Louisiana. (See Exhibit B, Louisiana Business Filings for Abita Mystery, LLC).

**7.**

Defendant, Wilshire Insurance Company, is a corporation incorporated in the State of North Carolina, with its principal place of business in the State of North Carolina.

**8.**

On information and belief, no other co-defendants have been named or served.

**9.**

Because complete diversity exists between Plaintiff – a citizen of Louisiana – and Defendant – which is incorporated and has its principal place of business in North Carolina – diversity of citizenship exists among the parties.

10.

Defendant denies liability for any damages sought by Plaintiff; however, upon information and belief, the amount in controversy exceeds the requisite jurisdictional amount of $75,000.00.

11.

Plaintiff, Abita Mystery House, LLC, alleges that the commercial property located at 22275 LA Highway 36, Abita Springs, LA 70420, was damaged by Hurricane Ida. Specifically, Plaintiff claims that the property sustained damages in the amount of $104,357.79. (See Petition attached hereto as part of Exhibit A, at ¶ VI). Accordingly, Defendant submits that the claimed damages could easily place the amount in controversy in excess of $75,000.00.

12.

The United States Fifth Circuit has found that penalties, statutory damages and punitive damages are to be included in ascertaining the amount in controversy. *See St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250 (5th Cir. 1998). Relying on this precedent, Louisiana District Courts have included penalties sought under both La. Rev. Stat. 22:1892 and 22:1973 to ascertain the amount in controversy. *See also Pardue v. River Thames Ins. Co.,* 651 F.Supp. 143, 144 (M.D. La. 1986) (penalties for arbitrary and capricious non-payment of insurance claims included when calculating jurisdictional amount in controversy.)  Thus, upon information and belief, the amount in controversy is beyond the $75,000.00 requirement.

## REMOVAL PROCEDURE

13.

This Notice of Removal is filed within 30 days of the receipt by or service upon the defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

**14.**

The state court action was commenced on June 7, 2023, and this removal has been filed within 1 year after its commencement.

**15.**

Venue is proper within the Eastern District of Louisiana because the matter is being removed from the 22nd Judicial District Court for the Parish of St. Tammany—a court which the Eastern District of Louisiana embraces, and more specifically:

> Hon. Vincent J. Lobello
> Judge, Division F
> 22nd Judicial District Court
> 701 N. Columbia Street
> Covington, LA 70433

**16.**

Under 28 U.S.C. §1446(d), the mover affirms that it will give written notice of this removal to all adverse parties and will file a copy of the Notice with the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana.

**17.**

Pursuant to 28 U.S.C. §1447(b), mover identifies all counsel as follows:

a. *Counsel for Plaintiff — Abita Mystery House, LLC*
   J. Douglas Sunseri, Esq.
   Kathryn A. E. Sunseri, Esq.
   Cameron J. Windham, Esq.
   Nicaud & Sunseri Law Firm, LLC
   3000 18th Street
   Metairie, LA 70002
   Telephone: 504-387-1304/Fax: 504-833-2843
   Email: jdsunseri@nslawla.com
          ksunseri@nslawla.com
          cwindham@nslawla.com

4

b. *Counsel for Defendant— Wilshire Insurance Company*
James A. Prather, Esq.
Joshua H. Dierker, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana  70471
Ph. (985)-674-6680 / Fax (985)-674-6681
Email:  jprather@gallowaylawfirm.com
            jdierker@gallowaylawfirm.com

**18.**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal.  He likewise certifies that to the best of his knowledge, information, and belief formed after reasonable inquiry, the Notice is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

**WHEREFORE,** Defendant, Wilshire Insurance Company, prays that this Notice of Removal be accepted as good and sufficient, and that this civil action be removed from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of the action from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, and then proceed with the civil action as if it had been originally commenced in this Court.

*[signature block on next page}*

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

*/s/ Joshua H. Dierker*
**JAMES A. PRATHER (#20595)**
**JOSHUA H. DIERKER (#35109)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Ph. 985-674-6680/Fax 985-674-6681
Email:  jprather@gallowaylawfirm.com
             jdierker@gallowaylawfirm.com
*Counsel for Defendant, Wilshire Ins. Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2023, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

*/s/ Joshua H. Dierker*
**JOSHUA H. DIERKER**